THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMADO PEDRO CASTILLO,<br><br>　　　　　　Defendant. | CASE NO. CR21-0174-JCC-4<br><br>ORDER |

　　　This matter comes before the Court on Defendant's motion to seal an emergency motion to continue trial. (Dkt. No. 663). While the public has a common law right to inspect and copy public records, including those from judicial proceedings, these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the sensitive nature of the medical information contained in Defendant's motion to continue trial, these criteria are met here. Accordingly, Defendant's motion to seal (Dkt. No. 663) is GRANTED and the Clerk is DIRECTED to maintain Docket Number 664 under seal.

DATED this 23rd day of October 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE