THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C21-174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMADO CASTILLO, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is hereby ORDERED that the parties' joint stipulated motion to continue trial (Dkt. No. 723) is GRANTED; and trial is set for September 23, 2024.

DATED this 11th day of April 2024.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Kathleen Albert<br>
Deputy Clerk

MINUTE ORDER
C21-174-JCC
PAGE - 1