THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C21-174-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMADO CASTILLO, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

It is hereby ORDERED that the parties' joint stipulated motion to continue trial (Dkt. No. 723) is GRANTED; and trial is set for September 23, 2024. The Court FINDS as follows:

1. Based upon the defense counsel's representations, counsel has suffered a significant internal medical injury. There is no second chair or back up counsel to take over the defense. For these reasons, requiring the parties to proceed to trial on May 6, 2024, would unreasonably burden defense counsel's ability to both effectively prepare for trial and participate in the trial of this matter, given his medical condition, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

2. For the reasons discussed above, the failure to grant a continuance under these circumstances would likely to result in a miscarriage of justice as provided in 18 U.S.C. §

MINUTE ORDER
C21-174-JCC
PAGE - 1

3161(h)(7)(A).

3. For all of these reasons, the ends of justice served by granting a trail continuance outweigh the best interests of the public and the defendant in a speedier trial within the meaning of 18 U.S.C. § 3161(h)(7)(A).

4. The Court has also considered that both parties are in agreement and that the Defendant agrees with the continuance and will file a waiver of his right to speedy trial, agreeing to waive that right through October 31, 2024.

5. The period of time from the filing of the parties' motion, up to and including the new trial date shall be excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this 11th day of April 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk