THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0174-JCC-4 |
| Plaintiff, | ORDER |
| v. | |
| AMADO CASTILLO, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to continue trial (Dkt. No. 723). Having thoroughly considered the filings, and based on the facts set forth in the parties' motion, the Court FINDS as follows:

1. Based upon defense counsel's representations, counsel has suffered a medical injury. A failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice served by granting a trial continuance outweigh the best interests of the public and the defendant in a speedier trial within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER
CR21-0174-JCC-4
PAGE - 1

1   For the foregoing reasons, the parties' stipulated motion for a continuance (Dkt. No. 723)
2   is GRANTED. The Court ORDERS that trial in this matter be continued to September 23, 2024,
3   at 09:30 a.m. It is further ORDERED that the time between the date of this order and the new
4   trial date is excludable time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

10   DATED this 12th day of April 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE