THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-0174-JCC |
| Plaintiff, | ORDER |
| v. | |
| AMADO PEDRO CASTILLO, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to dismiss Count 1 of the second superseding indictment (Dkt. No. 813). Upon review of the unopposed motion, the Court finds good cause and hereby GRANTS the motion *nunc pro tunc*. Count 1 of the second superseding indictment is DISMISSED. The December 10, 2024 judgment, (Dkt. No. 812), reflects this consideration.

DATED this 16th day of December 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE